# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL GARCIA**, | : | **CIVIL ACTION NO. 1:07-CV-1886** |
|     Plaintiff/Consolidated | : | |
|         Defendant | : | **(CONSOLIDATED)** |
| | : | |
| and | : | (Judge Conner) |
| | : | |
| **PRIME, INC.** | : | |
|     Consolidated Defendant | : | |
| | : | |
|     v. | : | |
| | : | |
| **DAWN CUMMINGS**, *et al.*, | : | |
|     Defendants/Consolidated | : | |
|         Plaintiffs | : | |

-------------------------------------------------------------------------

| | |
|---|---|
| **DAWN CUMMINGS**, *et al.*, | : |
|     Third-Party Plaintiffs | : |
| | : |
|     v. | : |
| | : |
| **ROGER'S TOWING, INC.**, | : |
|     Third-Party Defendant | : |

## **ORDER**

AND NOW, this 6th day of January, 2009, upon consideration of the pending motion to dismiss (Doc. 17), filed by third-party defendant Rogers Towing, Inc. ("Rogers") on May 23, 2008, and which seeks to dismiss the third-party complaint (Doc. 14) filed by third-party plaintiffs Dawn Cummings and Black Horse Carriers, Inc. (collectively "third-party plaintiffs"), and it appearing that third-party plaintiffs amended their third-party complaint on June 2, 2008,[1] (see Doc. 23); see also FED. R.

---

[1] At the time that third-party plaintiffs amended the third-party complaint, Rogers' motion to dismiss (Doc. 17) was fully briefed and ripe for disposition.

CIV. P. 15(a) (allowing a party to "amend its pleading once as a matter of course . . . before being served with a responsive pleading"), and that Rogers filed a motion (Doc. 25) to dismiss the amended third-party complaint on June 24, 2008, and the court recognizing that an "amended complaint supersedes the original version," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES A. WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476, at 556 (2d ed. 1990), it is hereby ORDERED that:

1. Rogers' motion (Doc. 17) to dismiss the third-party complaint (Doc. 14) is DENIED as moot. Third-party plaintiffs' third-party complaint (Doc. 14) is superseded by the amended third-party complaint (Doc. 23). See Snyder, 303 F.3d at 276.

2. The court may consider the arguments set forth in Rogers' motion (Doc. 17) to dismiss the third-party complaint, as well as third-party plaintiffs' brief in opposition thereto (Doc. 20), in arriving at its disposition of Rogers' motion (Doc. 25) to dismiss the amended third-party complaint (Doc. 23).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge